UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ROBERT A. HEGHMANN,**

       Plaintiff,

 v.

                                                     Action No. 2:17 cv411

**THE REPUBLICAN
NATIONAL COMMITTEE,** *et al.,*

       Defendants.


### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, ECF No. 15, is GRANTED, and Mr. Wallace's First, Second, Third, and Fourth Motions to Intervene, ECF Nos. 4, 18, 19, and 20, are DISMISSED as moot.


DATED:    2/21/2018                           FERNANDO GALINDO, Clerk

                                                           By          /s/         
                                                             E. Price, Deputy Clerk